# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| NARANBOLD GANTULGA, derivatively on behalf of AMC ENTERTAINMENT HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADAM M. ARON, CRAIG R. RAMSEY, CHRIS A. COX, LINCOLN ZHANG, JACK Q. GAO, MAOJUN ZENG, ANTHONY J. SAICH, LLOYD HILL, GARY F. LOCKE, HOWARD W. KOCH, JR., KATHLEEN M. PAWLUS, and DALIAN WANDA GROUP CO. <br><br> Defendants, <br><br> and <br><br> AMC ENTERTAINMENT HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 2:18-cv-02262-JAR-TJJ |

## ORDER

WHEREAS, 28 U.S.C. § 1404(a) provides that "[f]or the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action . . . to any other district to which all parties have consented."

WHEREAS, the parties to this action have consented to transfer this action to the United States District Court for the Southern District of New York where there is a first-filed action against similar parties raising similar issues.

2

WHEREAS, given the parties' agreement to transfer this action, the parties agree that defendants do not need to respond to the Amended Complaint, and that there is no need for the parties to file a report of their Fed. R. Civ. P. 26(f) planning conference.

IT IS HEREBY ORDERED that the parties' Joint Motion to Transfer Action (Doc. 36) is GRANTED, and that this action is transferred to the United States District Court for the Southern District of New York, under 28 U.S.C. § 1404(a).

IT IS FURTHER ORDERED that defendants do not need to respond to the Amended Complaint, and that there is no need for the parties to file a report of their Fed. R. Civ. P. 26(f) planning conference.

Dated: October 15, 2018

 S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE